983 F.2d 1052
 60 Fair Empl.Prac.Cas. (BNA) 968
 Presbytery of New Jersey of Orthodox Presbyterian Church,
Calvary Orthodox Presbyterian Church of Wildwood,
Cummings (Rev. David A.)
v.
Florio (James), Del Tufo (Robert J.), Flanzbaum (Marilyn),
Angel (Roman), Carson (Betty), Vasquez-Clough (Olga L.),
Lingo (Felton, Sr.), Smyczek (Reinhold W.), Tam (Casey),
Division on Civil Rights, Stewart (C. Gregory) Div. on Civil
Rights, John Doe(s), Jane Doe(s)
 NO. 92-5339
 United States Court of Appeals,
Third Circuit.
 Dec 14, 1992
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.